**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Owner Management Service, LLC <br><br> OMS, LLC and Jamie Matsuba,<br>　　　　　Appellant,<br><br>　　v.<br><br> Bank of America, N.A.,<br><br>　　　　　Appellee. | NO. CV 15-4031-R <br><br> Case in other court: <br><br> USBC Central District - San Fernando Valley, 1:12bk-10231MT <br><br> **ORDER OF DISMISSAL** <br> **BY LACK OF PROSECUTION** |

　　WHEREAS Appellant was ordered to show cause in writing by not later than **August 30, 2016,** why this action should not be dismissed for lack of prosecution

　　WHEREAS this period has elapsed without any action by Appellant.

　　The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: August 31, 2016.

　　　　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE